

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 2-08-344-CR

JOSHUA LEWIS                                                          APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

### FROM THE 211ᵀᴴ DISTRICT COURT OF DENTON COUNTY

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Withdraw Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: CAYCE, C.J.; LIVINGSTON, and DAUPHINOT, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 23, 2008

--------

[1]*See* Tex. R. App. P. 47.4.